# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| MATTHEW ALAN ROBERTS, | : | CIVIL ACTION NO. |
| Hall Cnty. ID # 220742, | : | 2:14-CV-00176-RWS-JCF |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| HALL CNTY. SHERIFF'S OFFICE, | : | PRISONER CIVIL ACTION |
| OFFICER SIMMONS, | : | 42 U.S.C. § 1983 |
| Defendants. | : | |

## MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION

On August 6, 2014, the Clerk entered Plaintiff's complaint (Doc. 1) and application for leave to proceed *in forma pauperis* ("IFP") (Doc. 2) onto the docket sheet of this action. On August 11, the Court ordered Plaintiff, within 30 days, either to pay the full filing fees of $400.00 or to file an IFP application that complies with the requirements of 28 U.S.C. § 1915(a)(1) and of this Court. (Doc. 5). To date, Plaintiff has not responded to that order.

**IT IS THEREFORE RECOMMENDED** that this action be **DISMISSED without prejudice** because Plaintiff has failed to obey a lawful order of the Court. *See* LR 41.3.A.(2), NDGa.

The Clerk is **DIRECTED** to withdraw the reference to the Magistrate Judge.

**SO RECOMMENDED** this 29th day of September, 2014.

                                      /s/ *J. CLAY FULLER*
                                      J. CLAY FULLER
                                      United States Magistrate Judge

AO 72A
(Rev.8/82)