**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| MATTHEW ALAN ROBERTS, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 2:14-CV-0176-RWS |
| HALL COUNTY SHERIFF'S : | |
| OFFICE and OFFICER : | |
| SIMMONS, : | |
| : | |
| Defendants. : | |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [6] of Magistrate Judge J. Clay Fuller. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, this action is hereby

**DISMISSED**, **WITHOUT PREJUDICE**.

**SO ORDERED**, this  21st  day of October, 2014.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)